# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-14-00554-001-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| John Keith Hoover, | |
| Defendant. | |

Pending before the Court is the Government's Motion for Final Approval to Disburse Proceeds from Sale of Parcel 225-66-063 (Doc. 435). The Court had previously granted the Government's motion to allow the receiver to sell this parcel. The sale of the parcel has now closed, and the Government asks the Court to approve distribution of the sale proceeds in accordance with the closing statement of the escrow company attached as Exhibit 1 to the Motion.

There are two items that require further information before distribution of the proceeds will be approved. The receiver, who is also the listing agent for the parcel, requests a 20% commission on the gross proceeds of sale. The reasonableness of a 20% commission must be justified. The Court notes that the receiver is both the seller and buyer's broker on this sale.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The second item is the amount of attorneys' fees to be paid to the attorneys who the Court assumes represented the purchaser of the tax lien from the Mohave County Treasurer. The reasonableness of these fees will have to be shown to the Court before the $7,433.84 requested is authorized to be paid out of escrow.

Dated this 15th day of July, 2022.

Susan R. Bolton
United States District Judge

- 2 -