C. Adam Buck (#023128)
**RADIX LAW**
15205 N. Kierland Blvd., Suite 200
Scottsdale, AZ 85254
buck@radixlaw.com
(602) 606-9300
*Attorneys for Dev-Tron, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | CR 14-00554-001-PHX-SRB |
| Plaintiff, | |
| vs. | **APPLICATION FOR APPROVAL OF ATTORNEY FEES AND COSTS BY DEV-TRON, LLC** |
| John Keith Hoover, et al., | |
| Defendant. | |

In accordance with the Court's Order dated July 15, 2022 in the above captioned matter, DEV-TRON, LLC ("DEV-TRON"), by and through undersigned counsel, hereby applies for approval of its attorney fees and costs in connection with its tax lien foreclosure Complaint filed in the Mohave County Superior Court, State of Arizona, Case No. S8015CV202200104, DEV-TRON, LLC v. El Rio Holdings, LLC, et. al. ("Tax Lien Complaint").

Often, the most complicated part of tax lien foreclosures is identifying and serving all necessary defendants because people who fail to pay their real estate taxes are often hard to find (like Mr. Hoover in this case). In this case, the costs were significant because we had to serve four separate defendants in outlying counties. This case was complicated by the fact that someone allegedly representing El Rio Country Club, LLC appeared and filed a Motion to Dismiss, to which Dev-Tron had to respond. Also, Radix Law wrote off

a significant amount of administrative and paralegal time to keep the costs down for the client.

As of June 13, 2022, the date DEV-TRON, LLC provided a payoff to Chicago Title, DEV-TRON, LLC incurred $5,939.00 in attorney fees and $1,494.34 in legal costs in connection with the filing of its Tax Lien Complaint.  Although, to date, Radix Law has now billed $6,343.50 in attorneys' fees, it is only seeking the amounts it provided to Chicago Title on June 13, 2022.

Under the circumstances, these amounts are reasonable. This Application is supported by the Declaration of C. Adam Buck, Esq in Support of Attorney's Fees and Costs, which is filed simultaneously herewith.

Based on the foregoing, DEV-TRON, LLC requests that the Court approve its attorney fees in the amount of $5,939.00 and legal costs of $1,494.34.

**RESPECTFULLY SUBMITTED** this 29th day of July, 2022.

**RADIX LAW**

By: ___/s/ C. Adam Buck_____
     C. Adam Buck
     *Attorneys for DEV-TRON, LLC*

ORIGINAL E-FILED
on July 29th, 2022

COPY emailed July 29th, 2022 to:

GARY M. RESTAINO
United States Attorney
VINCENT M. CRETA
Assistant U.S. Attotney
Financial Litigation Program
40 N. Central Ave., Suite 1800
Phoenix, AZ  85004-4449
Vincent.Creta@usdoj.gov
*Attorney for Plaintiff*

1311559.13

COPY mailed July 29, 2022 to:

John K. Hoover
Garden Grove, CA  92841

Don DeGraffenreid
All Arizona River Realty
967 Hancock Road, Suite 145
Bullhead City, AZ  86442
*Receiver Appointed in U.S. District Court District of Arizona Case No. CR 14-00554-001-PHX-SRB*

By: */s/ Ashley Parker*
       Ashley Parker

3

1311559.13